**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of M. B.

Appellate case number:   01-20-00003-CV

Trial court case number:  2018-00243J

Trial court:              315th District Court of Harris County

This Court has a duty to consider its appellate jurisdiction. Appellant appeals from an order striking her pleading. Neither party's brief addresses the appellate jurisdiction of this Court to review this order at this stage of the litigation.

The parties are instructed to be prepared to discuss jurisdiction at oral argument on January 13. Specifically, the parties should be prepared to discuss whether the order is a final judgment, whether there is a statutory basis for immediate review of the order if it is interlocutory, and whether the current status of the litigation possibly moots the inquiry in any event.

The parties should expect to address the merits of the appeal and related legal arguments in addition to the jurisdictional question.

It is so ORDERED.

Judge's signature:  _____/s/ Sarah Beth Landau_____
                              Acting individually


Date:  January 8, 2021